IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DIGITAL INK, INC., and | ) | Case No. 18-30056-KLP |
| CHRISTOPHER DAVID McGINNIS, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| HARRY SHAIA, JR., TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No. 18-03098-KLP |
| | ) | |
| BMST, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**BMST, INC.'S AND MARK BELTRAMI'S MOTION TO DISMISS COMPLAINT TO AVOID TRANSFERS, IMPRESS SUCCESSOR LIABILITY, AND OBTAIN AN ORDER OF SUBSTANTIVE CONSOLIDATION**

Defendants, BMST, Inc. and Mark Beltrami (together, the "BMST Defendants"), by counsel, pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure and Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for the reasons set forth in *BMST, Inc.'s and Mark Beltrami' Memorandum of Law in Support of Motion to Dismiss Complaint to Avoid Transfers,*

---

Robert S. Westermann (VSB No. 43294)
Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-Mail:    rwestermann@hirschlerlaw.com
    fcragle@hirschlerlaw.com

*Counsel for BMST, Inc. and Mark Beltrami*

*Impress Successor Liability, and Obtain an Order of Substantive Consolidation* filed contemporaneously herewith, seeking dismissal of all Counts asserted against the BMST Defendants, request that the Court enter an Order: (i) granting this Motion to Dismiss; (ii) dismissing Counts V, VI, VII, VIII, IX, and XI, *with prejudice*, and (iii) granting such other and further relief as the Court deems just and proper.

Dated: November 2, 2018                                    Respectfully submitted

BMST, INC. and MARK BELTRAMI

  */s/ Franklin R. Cragle, III*
                                        Counsel

Robert S. Westermann (VSB No. 43294)
Franklin R. Cragle, III (VSB No. 78398)
HIRSCHLER FLEISCHER, P.C.
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:      804.771.9500
Facsimile:      804.644.0957
E-Mail:         rwestermann@hirschlerlaw.com
                fcragle@hirschlerlaw.com

*Counsel for BMST, Inc. and Mark Beltrami*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2018, a true and complete copy of the foregoing Motion was filed and served electronically using the Court's ECF System and was also sent by e-mail and first class mail, postage prepaid, as follows:

> Kimberly A. Taylor, Esq.
> William A. Broscious, Esq.
> Kepley Broscious & Biggs, PLC
> 2211 Pump Road
> Richmond, Virginia 23233
> (ktaylor@kbbplc.com)
>   *Counsel for Harry Shaia, Jr., Trustee*
>
>
> Robert A. Canfield, Esq.
> Canfield Wells & Kruck, LLP
> 4124 E. Parham Road
> Henrico, Virginia 23228
> (bob@cwkllp.com)
>   *Counsel for Christopher McGinnis*

*/s/ Franklin R. Cragle, III*
Counsel
