**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re:

| | |
|---|---|
| **DIGITAL INK, INC., and** | **Case No. 18-30056 KLP** |
| **CHRISTOPHER DAVID McGINNIS,** | **Chapter 7** |
|     **Debtors.** | **(Jointly Administered)** |

**HARRY SHAIA, JR., TRUSTEE**          **APN:  18-03098 KLP**

    Plaintiff,

v.

**BMST, INC.,** *et al.,*

    Defendants.

## ORDER RESTRICTING PUBLIC ACCESS

Upon the motion of Harry Shaia, Jr., Trustee in these jointly administered bankruptcy cases and Plaintiff in this adversary proceeding, for an order pursuant to Section 105(a) of title 11 of the United States Code to restrict public access to certain documents filed in this case, it is hereby ORDERED that:

1.    The motion and the relief requested therein is GRANTED.

2.    The Clerk of the Court shall restrict public access to the Adversary Complaint, which is Document number 58 in the main bankruptcy case and Document number 1 in the adversary proceeding.

Done in Richmond, Virginia      _____
                                        UNITED STATES BANKUPTCY JUDGE

Dated: _____, 2018

I ASK FOR THIS:


/s/ *Kimberly A. Taylor*
Kimberly Ann Taylor, VSB #29823
Counsel for the Trustee
Kepley Broscious & Biggs, PLC
2211 Pump Road
Richmond, VA 23233
Phone:  (757) 636-9826
Fax:  (804) 741-6175
ktaylor@kbbplc.com


## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I I hereby certify that on November 8, 2018, the foregoing Order will be filed using the Court's ECF System as an exhibit to the Motion to Restrict Public Access, which filing causes electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in this bankruptcy proceeding.


/s/ *Kimberly A. Taylor*
Counsel